

# Court Of Appeals
## Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★       ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00336-CV

**IN RE AMERICAN TECHNOLOGY MARKETING, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:         Catherine Stone, Chief Justice
                  Karen Angelini, Justice
                  Steven C. Hilbig, Justice

Delivered and Filed:   July 29, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered the petition for a writ of mandamus filed by relator, American Technology Marketing, Inc., and the response of the real party in interest and is of the opinion that relief should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relator's petition for a writ of mandamus is denied.

Relator shall pay all costs incurred in this proceeding.

The clerk of this court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.

                                               PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007-CI-06291, *American Technology Marketing, Inc. v. B & D Management Co., Inc. d/b/a McDonald's Restaurant, Didak, Inc. d/b/a McDonald's Restaurant, and PICI Management, Inc. d/b/a McDonald's Restaurant, and P&M Hoskins Enterprises, LLC d/b/a McDonald's Restaurant*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.